# MINUTE ENTRY
# FOR
# SETTLEMENT CONFERENCE MEMORANDUM

TO: Docketing

DATE: September 10, 2007

FROM: Michael J. Watanabe
U.S. Magistrate Judge

SUBJECT: Case No. 05-CV-02342-WYD-MJW
Caption: Ayyad v. Gonzales et al.

A Settlement Conference was held on September 10, 2007 and no settlement was reached.

Settlement Conference and Preparation Time 2 hours 00 minutes.

Settlement Conference concluded: Yes
Record Made: No

CC: District Judge Daniel
Magistrate Judge Watanabe